AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*           DISTRICT OF   NEVADA

KEVIN M. WELLINGTON,

      Plaintiff,                JUDGMENT IN A CIVIL CASE

  V.

                                  CASE NUMBER: **3:10-cv-00030-ECR-VPC**

STATE OF NEVADA, et al.,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the complaint is DISMISSED without prejudice for failure to state a federal claim upon which relief can be granted. This court declines to retain jurisdiction over plaintiff's state claims.

  August 6, 2010                                          **LANCE S. WILSON**
                                                                         Clerk

                                                                      /s/ Katie Lynn Ogden
                                                                         Deputy Clerk